UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL SEEBER-VOYLES,<br><br>　　　　　　Defendant. | CASE NO. CR21-5092 BHS<br><br>ORDER |

This matter is before the Court on Defendant Joel Seeber-Voyles's Motion for Early Termination of Supervised Release. Dkt. 49.

Following his guilty plea to one count of Felon in Possession of a Firearm, Dkts. 29, 30, the Court sentenced Seeber-Voyles to a sentence of time served and three years of supervised release. Dkts. 44, 45. At that time, Seeber-Voyles had served 82 days in custody between his initial detention hearing on February 19, 2021, and his second detention hearing on May 12, 2021. Dkts. 7, 22. His term of supervision commenced on September 27, 2021. Dkt. 51 at 1. It is set to expire on September 26, 2024. *Id.*

Seeber-Voyles moves for early termination of supervised release, asserting that he has performed well on supervision. Dkt. 49. He also contends that he is seeking to

become a member of the "Carpenter's Union" and that, "[w]hen [he] is reinstated as a member he would like it to be without the stigma of probation, which may limit his job opportunities." *Id.* at 2.

The Government opposes the motion, asserting that Seeber-Voyles engaged in two violations during his second year of supervision. Dkt. 50 at 1. It claims that Seeber-Voyles both failed to report for a scheduled urinalysis on September 30, 2022, and consumed alcohol on or about October 12, 2022. *Id.* The Government expresses that it may revisit its opposition if Seeber-Voyles remains violation-free for 12 months from the date of his last violation. *Id.* at 2.

The United States Probation Office also opposes the motion because Seeber-Voyles violated the conditions of his supervised release within the last 12 months. Dkt. 51 at 2.

When the Court sentenced Seeber-Voyles to a time-served sentence, it viewed the imposition of three years of supervised release as fulfilling in part the 18 U.S.C. § 3553(a) sentencing factors of providing just punishment and protecting the public. The Court will therefore adopt the recommendation of the Government that the motion for early termination be denied at this time and that the Court may positively consider a renewed motion on or after October 12, 2023, if Seeber-Voyles remains in compliance with the terms of his supervised release.

Therefore, it is hereby **ORDERED** that Seeber-Voyles's Motion for Early Termination of Supervised Release, Dkt. 49, is **DENIED**.

//

1  Dated this 16th day of May, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3